FILED
2011 Aug-02 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

BETTY DAVIS, )
Plaintiff, )
vs. ) CV 10-RRA-3531-S
ARROW FINANCIAL SERVICES, LLC, et al., )
)
Defendants. )

## ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 24), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 2nd day of August 2011.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE